1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11
12
13
14
15
16
17
18
19

JEFF AND JAIMIE MILLER, individually
and on behalf of all other persons
similarly situated,

      Plaintiffs,

      v.

SPRINT COMMUNICATIONS
COMPANY, L.P. d/b/a SPRINT
COMMUNICATIONS COMPANY
LIMITED; SPRINT CORPORATION;
SPRINT SPECTRUM L.P.; and SPRINT
NEXTEL CORPORATION,

      Defendants.

No.

**CORPORATE DISCLOSURE
STATEMENT OF DEFENDANTS**

20
21
22
23
24
25
26

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants make the following disclosures:

      1.     Sprint Nextel Corporation hereby discloses that it is a holding company which offers shares of stock to the public under the symbol "S." Sprint Nextel Corporation has no parent corporation, and there is no publicly held company that owns 10% or more of Sprint Nextel Corporation's stock on an as-converted basis.

CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS - 1
291/556246.01

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1065
(206) 624-3600

2.    Sprint Corporation hereby discloses that it is a wholly-owned subsidiary of Sprint Nextel Corporation, a publicly-traded company.

3.    Defendant Sprint Spectrum L.P. d/b/a Sprint PCS hereby discloses that its general partner is Sprint Spectrum Holding Company, L.P., that its limited partner is MinorCo, L.P., and that it is an indirect, wholly-owned subsidiary of Sprint Nextel Corporation, a publicly-traded company.

4.    Defendant Sprint Communications Company L.P. hereby discloses that it is a limited partnership and is indirectly wholly-owned by Sprint Nextel Corporation.  The partners of Defendant Sprint Communications Company L.P. are as follows: U.S. Telecom, Inc., which is the general partner and is a wholly-owned subsidiary of Sprint Nextel Corporation; UCOM, Inc., which is a limited partner; Utelcom, Inc., which is a limited partner; and Sprint International Communications Corporation, which is a limited partner.

Respectfully submitted this 12th day of January, 2007.

RIDDELL WILLIAMS P.S.

By: _____
    Gavin W. Skok, WSBA #29766
    Rebecca L. Andrews, WSBA #36035

Of Counsel:

Terry F. Moritz
Deborah R. Hogan
Stephen H. Locher
GOLDBERG KOHN
55 East Monroe Street, Suite 3700
Chicago, Illinois 60603-5802
(312) 201-4000

Attorneys for Defendants Sprint Spectrum L.P.
d/b/a Sprint PCS; Sprint Communications
Company, L.P. d/b/a Sprint Communications
Company Limited; Sprint Corporation; and
Sprint Nextel Corporation

CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS - 2

291/556246.01

CERTIFICATE OF SERVICE

I, Donna Hammonds, declare as follows:

On the date noted below I caused true and accurate copies of the foregoing **CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS** to be served on the following parties.

| | |
|---|---|
| Scott M. Kane<br>Lacy Kane P.S.<br>455 Sixth Street NE<br>P.O. Box 7132<br>East Wenatchee, WA  98802<br>Fax:  206-728-2131 | ☒ U.S. Mail<br>☒ By Facsimile<br>☐ By Messenger<br>☐ By Federal Express |
| Adam Berger<br>Schroeter Goldmark & Bender<br>810 Third Avenue<br>Suite #500<br>Seattle, WA  98104<br>Fax:  206-682-2305 | ☐ U.S. Mail<br>☐ By Facsimile<br>☒ By Messenger<br>☐ By Federal Express |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 12th day of January, 2007

Donna Hammonds

CERTIFICATE OF SERVICE
CASE NO.  - 1
291/556253.01

Riddell Williams p.s.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA  98154-1065
(206) 624-3600